Abatement Order filed March 21, 2013



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00167-CV
_____

**VONDA BARNHART, Appellant**

**V.**

**SYLVIA MORALES AND LUIS PEREZ, Appellees**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-17655**

---

## ABATEMENT ORDER

This is an appeal of a judgment in favor of Sylvia Morales and Luis Perez. Notice was filed on March 18, 2013 that Santa Fe Auto Insurance Company, which insures appellant, has been placed into receivership by the State of Texas. On February 28, 2013, the State of Texas asked the Commissioner of Insurance for the State of Texas to place Santa Fe Auto Insurance Company into rehabilitation pursuant to chapter 443 of the Texas Insurance Code. The State also requested a

permanent injunction and automatic stay of litigation pursuant to section 443.008 of the Texas Insurance Code.

On March 8, 2013, the 419th District Court of Travis County, Texas entered a rehabilitation order in *State of Texas v. Santa Fe Auto Insurance Company*, Cause No. D-1-GV-13-000204. The court appointed the Texas Commissioner of Insurance as the rehabilitator for Santa Fe Auto Insurance Company. The rehabilitation order also issued automatic stays with respect to actions against insureds of Santa Fe Auto Insurance Company as specified in section 443.008(d) of the Texas Insurance Code. Accordingly, we stay this appeal. This appeal is abated for ninety days from the entry of the rehabilitation order until **June 6, 2013**.

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until June 6, 2013, or further order of this court.

PER CURIAM